UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20962-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALFONSO MARCILLO-MERA,
LAUREANO QUIROZ-MENDOZA
and ALEXANDER OBANDO,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE was referred to United States Magistrate Judge John O'Sullivan to submit a Report and Recommendation to this Court on defendant Alfonso Marcillo-Mera's motion for pretrial determination of jurisdiction **[D.E. #20]**. It is

**ORDERED and ADJUDGED** that the Court **ADOPTS** the Report and Recommendation of Magistrate Judge O'Sullivan **[D.E. #34]** and the motion to dismiss is **DENIED.**

A Change of plea hearing on all defendants' is set for **Thursday, March 9, 2017 at 2:00 p.m.**

DONE and ORDERED in Open Court in Miami-Dade County Florida this 28th day of February, 2017 and signed this ___ day of March, 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record