UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20962-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALFONSO MARCILLO-MERA,

        Defendant.
_____/

## ORDER OVERRULING DEFENDANT'S OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon defendant's objections to United States Magistrate Judge John O'Sullivan Report and Recommendation **[D.E. #37]** and the Court being fully advised in the premises, it is

**ORDERED and ADJUDGED** that the Court **OVERRULES** the defendant's objections and **ADOPTS** the Report and Recommendation of Magistrate Judge O'Sullivan.

DONE and ORDERED in Miami-Dade County Florida this 6th day of March, 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record